UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION<br><br>        Plaintiff,<br><br>   vs.<br><br>AARON FREY, ATTORNEY GENERAL OF THE STATE OF MAINE in his official capacity,<br><br>        Defendant. | Case No. 1:25-cv-00041-LEW |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel on behalf of Plaintiff Alliance for Automotive Innovation in the above-captioned matter.

Dated:  August 27, 2025

                                                    */s/ Nolan L. Reichl*
                                                    Nolan L. Reichl
                                                    PIERCE ATWOOD LLP
                                                    254 Commercial Street
                                                    Portland, ME 04101
                                                    207-791-1100
                                                    nreichl@pierceatwood.com

                                                    *Counsel for Plaintiff*
                                                    *Alliance for Automotive Innovation*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated:  August 27, 2025

/s/ Nolan L. Reichl
Nolan L. Reichl
PIERCE ATWOOD LLP
254 Commercial Street
Portland, ME 04101
207-791-1100
nreichl@pierceatwood.com

*Counsel for Plaintiff*
*Alliance for Automotive Innovation*

#18447282v1