UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION<br><br>             Plaintiff,<br><br>vs.<br><br>AARON FREY, ATTORNEY GENERAL OF THE STATE OF MAINE in his official capacity,<br><br>             Defendant. | Case No. 1:25-cv-00041-LEW |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

      Pursuant to Local Rule 83.2(c), Plaintiff Alliance for Automotive Innovation hereby moves by and through their undersigned counsel that the Court allow the withdrawal of Attorney Joshua D. Dunlap from this matter. Joshua Dunlap was recently confirmed as a Judge of the U.S. Court of Appeals for the First Circuit and is withdrawing from private practice. Attorneys Nolan L. Reichl and Shannon Linnehan of Pierce Atwood remain as counsel for Plaintiff. Plaintiff will also continue to be represented by Charles H. Haake, Erika Z. Jones, Jessica Simmons, Eric A. White, John Nadolenco and Daniel D. Queen of Mayer Brown LLP who have been admitted *pro hac vice* in this matter.

Dated: November 5, 2025

/s/ Nolan L. Reichl
Nolan L. Reichl
Shannon Linnehan
Pierce Atwood LLP
254 Commercial Street
Merrill's Wharf
Portland, ME 04101
Tel: (207) 791-1100
nreichl@pierceatwood.com
slinnehan@pierceatwood.com

*Counsel for Plaintiff*
*Alliance for Automotive Innovation*

{W11615959.1}                    2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will distribute a copy of the document to all counsel of record.

DATED:   November 5, 2025

<u>/s/ Nolan L. Reichl</u>
Nolan L. Reichl
Pierce Atwood LLP
254 Commercial Street
Merrill's Wharf
Portland, ME 04101
Tel: (207) 791-1100
nreichl@pierceatwood.com

*Counsel for Plaintiff*
*Alliance for Automotive Innovation*
