UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION,<br><br>    Plaintiff,<br><br>    v.<br><br>AARON FREY, ATTORNEY GENERAL OF THE STATE OF MAINE in his official capacity,<br><br>    Defendant. | Case No. 1:25-cv-00041-LEW |

### JOINT STATUS REPORT

In accordance with the Court's January 21, 2026, Order, ECF No. 26, Plaintiff Alliance for Automotive Innovation ("Auto Innovators") and Defendant Aaron Frey (collectively, the "Parties") hereby submit this joint status report.

The Court granted the Parties' Joint Motion to Stay on July 21, 2025. ECF Nos. 18, 19. The Court ordered the Parties to file joint status reports with the Court while the stay is in effect. ECF No. 19. The Parties' last joint status report was filed on January 20, 2026. ECF No. 24. On January 21, 2026, the Court granted the Parties' motion to extend the stay until February 11, 2026, and ordered the parties to file a joint status report by February 11, 2026. ECF No. 26.

Since January 21, 2026, neither the Attorney General nor a private party (to the Parties' knowledge) has filed or stated its intent to file an action against an Auto Innovators member for violations of 29-A M.R.S. § 1810.

As noted in the Parties' previous status report, Maine's Governor vetoed L.D. 1228, which would have amended 29-A M.R.S. § 1810. However, the Maine Legislature is still considering

amendments to that statute that may affect the scope and trajectory of this litigation. For instance, on or about February 10, 2026, the Governor introduced a bill, L.D. 2211, titled "An Act to Implement the Recommendations of the Automotive Right to Repair Working Group," which would amend § 1810 in several ways.[1]  Accordingly, contemporaneously with this joint status report, the Parties are moving to further stay proceedings in this action until April 16, 2026, which is the anticipated last day of the Second Regular Session of the Maine Legislature.


DATED:  February 11, 2026

ALLIANCE FOR AUTOMOTIVE
INNOVATION

/s/ Nolan Reichl
Nolan Reichl
Shannon Linnehan
PIERCE ATWOOD LLP
254 Commercial Street
Merrill's Wharf
Portland, ME 04101
Tel: (207) 791-1100
nreichl@pierceatwood.com
slinnehan@pierceatwood.com


John Nadolenco (pro hac vice)
Erika Z. Jones (pro hac vice)
Daniel D. Queen (pro hac vice)
Eric A. White (pro hac vice)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Tel: (202) 263-3000
jnadolenco@mayerbrown.com
ejones@mayerbrown.com
dqueen@mayerbrown.com
eawhite@mayerbrown.com

Respectfully submitted,

AARON M. FREY
Attorney General, State of Maine

/s/ Jason Anton
Jason Anton
Kimberly L. Patwardhan
Assistant Attorneys General

Office of the Maine Attorney General
6 State House Station
Augusta ME  04333-0006
Tel.  (207) 626-8800
Fax (207) 287-3145
jason.anton@maine.gov
kimberly.patwardhan@maine.gov

---

[1]    A copy of L.D. 2211 is available on the Maine Legislature's website at: https://legislature.maine.gov/backend/App/services/getDocument.aspx?documentId=122274.

Charles H. Haake (pro hac vice)
Jessica L. Simmons (pro hac vice)
ALLIANCE FOR AUTOMOTIVE INNOVATION
1050 K Street, NW
Suite 650
Washington, DC 20001
Tel: (202) 326-5500
chaake@autosinnovate.org
jsimmons@autosinnovate.org

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that that on February 11, 2026, I electronically filed this document with the Clerk of the Court using the CM/ECF system, and that the same will be sent electronically to registered participants as identified in the CM/ECF electronic filing system for this matter.

DATED:  February 11, 2026          <u>/s/ Jason Anton</u>
Jason Anton
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta ME  04333-0006
Tel.  (207) 626-8412
Fax (207) 287-3145
jason.anton@maine.gov